11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the Interest of G.C. and J.C., children,    \* From the County Court at
                                                  Law No. 2 of Ector County,
                                                  Trial Court No. CC2-2991-PC.

No. 11-12-00353-CV                             \* September 26, 2013

                                               \* Memorandum Opinion by Willson, J.
                                                  (Panel consists of: Wright, C.J.,
                                                  McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below.  Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.